# Exhibit D

The New York Times

https://www.nytimes.com/2011/10/14/nyregion/those-drugs-they-came-from-the-police.html

ABOUT NEW YORK

# The Drugs? They Came From the Police

By Jim Dwyer

Oct. 13, 2011

The first time he saw the chewing-tobacco can, Steve Anderson, a former undercover police officer, testified, it was in a book bag on the floor of a car that he and other undercover officers were using in a buy-and-bust operation.

According to Mr. Anderson, the stuff inside that can — "various narcotics," he said — was used by undercover officers to frame people for phantom drug sales.

In two days on the witness stand at a trial of another officer now under way in State Supreme Court in Brooklyn, Mr. Anderson, who worked in elite units in Brooklyn and Queens, described how rules were trimmed, broken or ignored so that narcotics officers could make their monthly quotas of arrests or buys.

His testimony fundamentally recast a scandal that became public three years ago, when officers in Brooklyn were caught not vouchering all the drugs they seized as evidence. At the time, the authorities said the officers were using the surplus as rewards for information, with one law enforcement official describing it as "noble cause corruption."

Mr. Anderson, however, testified that those spare drugs had other purposes: to plant on people when a narcotics officer needed a productivity boost.

As a result of investigations into the drug units, prosecutors in Brooklyn and Queens have dismissed about 400 criminal cases that they believe were tainted by the involvement of officers connected to the scandal.

To settle civil actions, the city is paying about $1,000 per hour of wrongful incarceration, said Richard Cardinale, a lawyer in Brooklyn who said he had filed claims for 25 people and received settlements for all of them. In many cases, the arrested people were able to walk away from what seemed to be damning evidence of wrongdoing that could no longer be trusted.

Mr. Anderson added a new dimension to the saga by spelling out how innocent people were caught in webs of lies told by some officers.

At a Queens nightclub in 2008, Mr. Anderson said, he bought three bags of cocaine from a waiter and a disc jockey. He then gave two of them to another officer who was having trouble meeting his quota and was in jeopardy of losing his undercover assignment. That officer took the drugs, went back and arrested four people who had nothing to do with the sale.

After videotape in the club showed that the officers were lying, Mr. Anderson pleaded guilty to official misconduct and now faces two to four years in prison. (The other officer, Henry Tavarez, also pleaded guilty to a minor charge.)

Mr. Anderson testified this month in the trial of Jason Arbeeny, who worked in Brooklyn and is accused of planting drugs on two people who had never been arrested. Although he testified that he did not know Mr. Arbeeny or have any knowledge of wrongdoing by him, Mr. Anderson's description of the narcotics units was offered by prosecutors as evidence of what they say is a conspiracy to cover up its lawlessness by routinely falsifying records and keeping stashes of narcotics.

Justice Gustin Reichbach, who is hearing the case without a jury, said he understood why Mr. Anderson would swap an arrest to help a fellow officer who was falling short of his targets, but pressed him on what he had done to innocent people.

"What was your thought in terms of saving his career at the cost of these four people who had seemingly no involvement in the transaction?" Justice Reichbach asked.

IT was called "attaching bodies" to the drugs, Mr. Anderson answered, and he said nearly four years into his life undercover, he had become numb to the corruption.

"It was something I was seeing a lot of, whether it was from supervisors or undercovers and even investigators," Mr. Anderson said. "Seeing it so much, it's almost like you have no emotion with it. The mentality was that they attach the bodies to it, they're going to be out of jail tomorrow anyway, nothing is going to happen to them anyway.

"That kind of came on to me and I accepted it — being around that so long, and being an undercover."

His testimony was reported Thursday in The Daily News and The New York Post.

At a trial earlier this year, Sean Johnstone, the former officer who Mr. Anderson said had kept the tobacco can in the car, was acquitted by a judge on 34 of 35 various counts of misconduct. Asked about Mr. Anderson's accusations, the lawyer for Mr. Johnstone, Anthony Ricco said, "Sean's answer is, 'I never did a single thing that he said he saw me do.' "

***A correction was made on Oct. 21, 2011****: The About New York column on Oct. 14 about a New York Police Department scandal in which narcotics officers broke rules to make their monthly quotas of arrests or buys misspelled the surname of an officer on trial on charges of planting drugs. He is Jason Arbeeny, not Arbeedy.*

---

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at nytnews@nytimes.com.  Learn more

E-mail: dwyer@nytimes.com

Twitter: @jimdwyernyt

A version of this article appears in print on , Section A, Page 23 of the New York edition with the headline: The Drugs? They Came From the Police