FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2026 ★
BROOKLYN OFFICE

**Agreement**

I have been informed by counsel that certain documents or information to be disclosed to me in connection with the matter entitled Ramel Gibson v. City of New York, et al., 23 CV 8968 (AMD) (TAM), have been designated as "Confidential – Attorneys' Eyes Only" Information." I have been informed that any such documents or information labeled "CONFIDENTIAL – ATTORNEYS' EYES ONLY" are confidential by Order of the Court.

I hereby agree that I will not disclose any information contained in such documents to any other person. I further agree not to use any such information for any purpose other than the preparation, evaluation or presentation of this case, and will not further disclose the "Confidential – Attorneys' Eyes Only" Information" except in testimony taken in this litigation.

Date: 22 August 2026

Signature: ____________________

Print Name: Jerry Bowens

N/A
Signed in the presence of:

Occupation: N/A

N/A
(Attorney)

RECEIVED
SEP 09 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
SEP 9 '26 PM5:21

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Jerry Bowens DIN: 09A5598

ALBANY NY 120
27 AUG 2026AM 3 L

GREEN HAVEN CORRECTIONAL FACILITY

NEOPOST
08/25/2026
US POSTAGE $000.78⁰
FIRST-CLASS MAIL
IMI
ZIP 12582
041M11460006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2026 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York
Chambers of
Hon Judge Taryn A. Merkl
Brooklyn, New York
225 Cadman PLZ E
Brooklyn ~~11200~~ 11201

LEGAL MAIL

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Jerry Bowens DIN: 09A5598

Printed On Recycled Paper